Leon Law LLP
1145 W. 55th Street
Los Angeles, CA 90037

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Case Number: 2:22-cv-04802-DOC-SK

GS HOLISTIC, LLC,

        Plaintiff,

v.

CITI SMOKE SHOP and SARGIS TOPCHYAN,

        Defendants.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby voluntarily dismiss the Defendants, CITI SMOKE SHOP and SARGIS TOPCHYAN, from this case with prejudice. By agreement of the parties, both parties will bear their own attorneys' fees and costs.

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 27th, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

Date: September 27, 2022

                                            Respectfully Submitted,

                                            /s/ *Tomas Carlos Leon*

                                            Tomas Carlos Leon
                                            CA Bar #321117
                                            Leon Law LLP
                                            1145 W. 55th Street
                                            Los Angeles, California 90037
                                            tommie@leon.law

                                            *Attorneys for the Plaintiff*